# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 27, 2005*

[Cite as *05/27/2005 Case Announcements,* 2005-Ohio-2616.]

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2005–0839.  **State ex rel. Wal–Mart Stores, Inc. v. Indus. Comm.**
Franklin App. No. 04AP–188, 2005-Ohio-1517.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 31, 2005*

[Cite as *05/31/2005 Case Announcements,* 2005-Ohio-2646.]

## MISCELLANEOUS DISMISSALS

2004–2051.  **State ex rel. Stoops Freightliner v. Roop.**
Franklin App. No. 03AP–1273, 2004-Ohio-5543. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,
　　IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
　　ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

2005–0273.  **State ex rel. Manning v. MVM, Inc.**
Franklin App. No. 03AP1287, 2005-Ohio-290. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,
　　IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
　　ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2005–0851.  **State ex rel. Coffman v. Indus. Comm.**
Franklin App. No. 04AP–303, 2005-Ohio-1519.

2005–0899.  **State ex rel. Dobbins v. Indus. Comm.**
Franklin App. No. 04AP–590, 2005-Ohio-1529.